| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

| UNITED STATES OF AMERICA, | § | |
|---|---|---|
| Plaintiff | § § § § | CIVIL ACTION H-05-4011 |
| versus | § § | (Claim: 100686) |
| HECTOR FERREL, | § § § | |
| Defendant | § | |

# Default Judgment

Because Hector Ferrel failed to answer after being served, the United States of America recovers:

| | |
|---|---|
| Principal Balance: | $ 869.66 |
| Total Interest Accrued (As of December 30, 1998) | $ 623.65 |
| Attorney's Fees | $ 250.00 |
| Administrative fees, costs and penalties | $ 250.00 |
| (Including $250.00 filing fee) | |
| | $1,993.31 |
| Less Credits (Debtor Payments) | $ 0.00 |
| Total Owed | $1,993.31 |

Interest Rate:   8.00%
Daily Accrual:   $0.19

Post-judgment interest at __4.85__ % per annum.

Plus costs private process server fees for service of Summons.   $ 77.00
Plus Judgment Recording fee.                                     $ 18.00

                                                  TOTAL:   $ 2,088.31

Signed __4.15__, 2006, at Houston, Texas.

Lynn N. Hughes
United States District Judge